23 A.3d 412

IN THE MATTER OF ANTHONY N. PICILLO, AN ATTORNEY AT LAW (ATTORNEY NO. 005791991).

August 2, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ANTHONY N. PICILLO** of **WEST ORANGE,** who was admitted to the bar of this State in 1991, and who was suspended from the practice of law for a period of three months, effective April 29, 2011, by Order of this Court dated March 29, 2011, be restored to the practice of law, effective immediately.